IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:17-cr-00229 TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs.<br>ANTHONY JAMES GIBBS, | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender in court on June 27, 2018. The Federal Defender seeks to panel this case due to caseload management. CJA Panel attorney Etan Zaitsu is hereby appointed effective June 28, 2018, the date the Office of the Federal Defender first contacted him.

Dated: July 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL            1